COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-270-CV

 

IN RE JOHN ECHOLS AND SOUTHWESTERN                             RELATORS

COMPOSITE STRUCTURES,
INC.                                                            

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

 

DIXON HOLMAN

JUSTICE

 

PANEL 
B:  LIVINGSTON, DAUPHINOT, and
HOLMAN, JJ. 

 

HOLMAN, J. would request a response.

 








DELIVERED: 
June 30, 2008  











    [1]See
Tex. R. App. P. 47.4.